NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MAX R. GASTINEAU and LORI ANN
LESANTI,

        Appellants,

v.

WELLS FARGO BANK, N.A., TRINITY
COMMUNITIES MASTER ASSOCIATION,
INC., and TRINITY EAST HOMEOWNERS'
ASSOCIATION, INC.,

        Appellees.

Case No. 2D17-3910

Opinion filed November 27, 2019.

Appeal from the Circuit Court for Pasco
County; Declan P. Mansfield, Judge.

Mark P. Stopa of Stopa Law Firm, Tampa
(withdrew after briefing); Latasha Scott of
Lord Scott, PLLC, Tampa (withdrew after
briefing), for Appellant.

Max R. Gastineau and Lori Ann Lesanti,
pro se.

Kimberly S. Mello and Joseph H. Picone of
Greenberg Traurig, P.A., Tampa, and
Michele L. Stocker of Greenberg Traurig,
P.A., Ft. Lauderdale, for Appellee Wells
Fargo Bank, N.A.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

NORTHCUTT, SILBERMAN, and BLACK, JJ., Concur.